UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

KEVIN HERNANDEZ,

Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF ANTHONY J. LaROCCO, in his individual and official capacities, and CORRECTIONS OFFICER JOHN DOES #1-10 (fictitiously named), in their individual and official capacities,

Defendants.

------------------------------------------------------------------ X

**2: :25-CV-05725 JMA)(JMW)**

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: July , 2026

**HORN WRIGHT, LLP**
*Attorneys for Plaintiff*

By: ______________________________
Pablo A. Fernandez
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: 516.355.9696
paf@hornwright.com

**NASSAU COUNTY ATTORNEY'S OFFICE**
*Attorneys for Defendants*

By: ______________________________
Steven V. Dalton
One West Street
Mineola, New York 11501
Tel: 516.571.3046
sdalton@nassaucountyny.gov

**SO ORDERED:**

______________________________
**HON. JAMES M. WICKS, U.S.M.J.**